ARNOLD & PORTER LLP
LAWRENCE A. COX (SBN 076140)
Lawrence.Cox@aporter.com
BRIAN K. CONDON (SBN 138776)
Brian.Condon@aporter.com
777 South Figueroa Street, 44th Floor
Los Angeles, California  90017-5844
Telephone:  (213) 243-4000
Facsimile:   (213) 243-4199

MURCHISON & CUMMING LLP
B. CASEY YIM (SBN 107569)
Cyim@murchisonlaw.com
801 South Grand Ave., 9th Floor
Los Angeles, California  90017
Telephone:  (213) 623-7400
Facsimile:   (213) 243-6336

Attorneys for Defendants and Counterclaim Plaintiffs
Kaiser Foundation Health Plan, Inc., Kaiser Foundation
Hospitals, and Southern California Permanente Medical Group

JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| KAREN PERKINS, an individual<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>KAISER FOUNDATION HEALTH PLAN, INC., a corporation; KAISER FOUNDATION HOSPITALS, a corporation; SOUTHERN CALIFORNIA PERMANENTE MEDICAL GROUP, a partnership; and DOES 1 through 100, inclusive,<br><br>　　　　　Defendants. | Case No. CV 09-8499 SVW (FMOx)<br><br>**FINAL JUDGMENT ON PLAINTIFF'S SECOND AMENDED COMPLAINT IN FAVOR OF DEFENDANTS AND COUNTERCLAIM PLAINTIFFS KAISER FOUNDATION HEALTH PLAN, INC., KAISER FOUNDATION HOSPITALS, AND SOUTHERN CALIFORNIA PERMANENTE MEDICAL GROUP**<br><br>(F.R.C.P. 56(b); 29 U.S.C. § 1001 *et seq.*)<br><br>Date:　　　June 7, 2010<br>Time:　　　1:30 p.m.<br>Courtroom: 6<br>Judge:　　　Hon. Stephen V. Wilson |

| | |
|---|---|
| 1<br>2<br>3 | KAISER FOUNDATION HEALTH PLAN, INC., a corporation; KAISER FOUNDATION HOSPITALS, a corporation; and SOUTHERN CALIFORNIA PERMANENTE MEDICAL GROUP, a partnership, |
| 4 | Counterclaim Plaintiffs, |
| 5 | v. |
| 6 | KAREN PERKINS, an individual, |
| 7 | Counterclaim Defendant. |

The Motion For Summary Judgment of Defendants and Counterclaim Plaintiffs Kaiser Foundation Health Plan, Inc., Kaiser Foundation Hospitals, and Southern California Permanente Medical Group (collectively "Defendants" or "Kaiser") as to the Second Amended Complaint of Plaintiff Karen Perkins ("Plaintiff"), and all evidence and arguments related thereto, having been duly considered by the Honorable Stephen V. Wilson, District Judge Presiding, and an ORDER: (1) GRANTING DEFENDANTS' MOTION FOR SUMMARY JUDGMENT AS TO PLAINTIFF'S SECOND AMENDED COMPLAINT; (2) DENYING DEFENDANTS' MOTION AS TO DEFENDANTS' COUNTERCLAIMS; AND (3) DISMISSING DEFENDANTS' COUNTERCLAIMS FOR LACK OF JURISDICTION upon which this Final Judgment is based having been duly entered on June 10, 2010 and incorporated herein by reference,

IT IS HEREBY ORDERED AND ADJUDGED that:  (1) Plaintiff take nothing in this case; (2) Final Judgment be entered in favor of Kaiser on Plaintiff's Second Amended Complaint because Defendants did not abuse their discretion in their September 3, 2009 and September 5, 2009 decisions to discontinue Plaintiff's in-home IV potassium treatments, as such treatments are not medically necessary or appropriate, or otherwise in accord with generally accepted professional standards of practice that are consistent with the standard of care in the medical community; and

1  (3) pursuant to Local Rule 54-1 Kaiser shall be awarded its recoverable costs in this
2  matter in an amount to be determined in accordance with Local Rule 54-3.

4  Dated:  6/17/10

6  STEPHEN V. WILSON
   UNITED STATES DISTRICT JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28